IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2015 CHEVROLET SILVERADO, VIN: 3GCUKSEC7FG273693,

      Defendant.
_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

      The United States of America ("United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Claims G(2),[1] states:

<u>JURISDICTION AND VENUE</u>

      1.     The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881(a)(4), seeking forfeiture of defendant 2015 Chevrolet Silverado, VIN: 3GCUKSEC7FG273693 based upon violations of 21 U.S.C. § 801, *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

      2.     Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395 because the defendant property was seized in and the acts described herein occurred in the

_____

[1] The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions are included in the *Federal Civil Judicial Procedures and Rules* immediately following the numbered Federal Rules of Civil Procedure. In the 2024 Edition, Rule G begins on page 286.

District of Colorado.

<u>DEFENDANT PROPERTY</u>

3.    The defendant property is more fully described as a 2015 Chevrolet Silverado LTZ Truck bearing vehicle identification number 3GCUKSEC7FG273693, which was seized from Michelle Alejandra Ramos-Medina on March 12, 2024, at 3773 East 139th Avenue, Thornton, Colorado (the "Defendant Vehicle"). The Defendant Vehicle is currently in the custody of the United States Marshals Service.

<u>FACTUAL BASIS FOR FORFEITURE</u>

4.    Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Background of Investigation**

5.    On or about January 2023, an investigation was initiated into a Drug Trafficking Organization ("DTO") operating in the Denver, Colorado area.

6.    On approximately January 8, 2023, a confidential source advised a law enforcement officer of a DTO trafficking fentanyl. The DTO operated in a fashion where a customer would call a phone number and an unknown Spanish speaking female (commonly referred to as the dispatcher) answered the phone. The customer provided the dispatcher with their location and the quantity of drugs that they wished to purchase. After ending the call with the customer, the dispatcher would call the person who would deliver the drugs (commonly called the runner). The runner would then arrive at the specified location and conduct the narcotics transaction.

7.    The investigation revealed that for this DTO, Michelle Ramos-Medina was

the primary dispatcher who answered the phone calls from customers and then sent a runner to meet with the customer.

8.      As part of this investigation, several undercover purchases of controlled substances were conducted. In each instance, Michelle Ramos-Medina was contacted by telephone to arrange the transactions. She then sent a runner to conduct the transactions.

9.      In October 2023, a law enforcement officer learned an adult Hispanic male who went by "Barbie" and "Mamacita" was in charge of facilitating narcotics transactions in the greater Denver area for the DTO. This individual was later identified as Efrain Sanchez-Zaratez. Sanchez-Zaratez was also later identified as the husband or boyfriend of Michelle Ramos-Medina.

10.      Through the investigation, investigators identified 3773 East 139th Avenue, Thornton, Colorado, as the primary residence for Michelle Ramos-Medina and Efrain Sanchez-Zaratez. Surveillance revealed that during the investigation, the Defendant Vehicle was frequently driven by Sanchez-Zaratez and was often parked at the 139th Avenue residence.

11.      Investigators also identified 16363 East 49th Avenue, building K, unit 205, Denver, Colorado, as another location the DTO utilized. A 2012 GMC Terrain, which was utilized in several of the drug transactions described below and is registered to Michelle Ramos-Medina, was frequently parked overnight near this residence.

**Undercover Drug Transactions**

<u>October 30, 2023 Transaction</u>

12.      On October 30, 2023, an undercover law enforcement officer sent a text

message to Ramos-Medina requesting that 1,000 tablets of fentanyl be delivered to him in the parking lot of a King Soopers grocery store located at 6470 East Hampden Avenue. The undercover officer agreed to pay $1,300 for the fentanyl tablets. The undercover officer received a text message informing the officer that a male runner would be delivering the drugs.

13.     On October 30, 2023, as the undercover officer was preparing to arrive at the King Soopers, he received an incoming telephone call from the phone number he had texted about the purchase of the fentanyl tablets and spoke with Michelle Ramos-Medina. Michelle Ramos-Medina confirmed the meeting location and then began to question him about how he obtained the telephone number.

14.     That same day, while waiting for the runner, the undercover officer called Michelle Ramos-Medina and asked where the runner was. She advised that the runner wanted to meet at the nearby Benihana restaurant located at 3295 South Tamarac Drive. The undercover officer parked in the parking lot of the Target department store at 7777 East Hampden Avenue. He observed a tall, skinny Hispanic male exit a black Jeep Grand Cherokee and walk toward his vehicle. The runner entered the undercover officer's vehicle and sat in the front passenger seat. The runner handed the undercover officer a plastic sandwich bag containing several smaller bags of small round blue pills that appeared to be fentanyl tablets. In exchange, the undercover officer gave the runner $1,300.

November 7, 2023 Transaction

15.     On November 6, 2023, an undercover officer exchanged text messages with Michelle Ramos-Medina. He asked Michelle Ramos-Medina if he could see her

4

tomorrow, to which she replied, "Hey yes." The undercover officer advised her that he could meet the following day at approximately 6:30 p.m. and wanted another 1,000 tablets of fentanyl. Michelle Ramos-Medina replied, "yes perfect" followed by, "same place?" The officer understood this to mean the Target/Benihana parking lot located at 7777 East Hampden Avenue, Denver, CO, and replied, "Yes."

16.    On November 7, 2023, the undercover officer exchanged text messages with Michelle Ramos-Medina, who arranged for a runner to meet the undercover officer in the parking lot of the Save-A-Lot supermarket located at 630 West 84th Avenue in Thornton, Colorado. At approximately 7:17 p.m., the runner arrived in a Ford Fusion sedan and provided the 1,000 fentanyl tablets to the undercover officer in exchange for $1,300.

November 27, 2023 Transaction

17.    On November 27, 2023, via text communication, Michelle Ramos-Medina agreed to sell an undercover officer 1,000 fentanyl pills for $1,300. Michelle Ramos-Medina directed the undercover officer to meet at the Save-A-Lot located at 630 West 84th Avenue in Thornton, Colorado.

18.    As the undercover officer entered the parking lot, he observed a blue GMC Terrain. After parking, the officer exited his vehicle and got into the front passenger seat of the GMC Terrain. While he was seated in the front passenger seat of the GMC Terrain, the runner gave the officer approximately 1,000 small blue pills with "m" and "30" stamped on them in exchange for $1300.

19.    Investigators followed the GMC Terrain out of the parking lot. The investigators observed the GMC Terrain drive to 3773 E 139th Avenue, Thornton,

Colorado, the residence of Michelle Ramos-Medina and Efrain Sanchez-Zaratez. Law enforcement officers observed the runner walk up the driveway of this residence to the front door.

November 28, 2023 Transaction

20.    On November 28, 2023, an undercover officer exchanged text messages with Michelle Ramos-Medina. The following conversation took place:

- Officer: Hello, can I see you today??
- Ramos-Medina: Yeah Sure
- Officer: Ok I will be around Aurora today around 6:30. Another 1000
- Ramos-Medina: Sale place?
- Ramos-Medina: Same
- Ramos-Medina: Or where?
- Officer: Like around parker and havana?
- Ramos-Medina: Ok sounds great

21.    At approximately 6:07 p.m., the undercover officer advised Ramos-Medina that he was approximately 20 minutes away from the designated meeting location. At approximately 6:12 p.m., the undercover officer received an incoming telephone call from Ramos-Medina. Ramos-Medina directed the officer to the parking lot of the Save-A-Lot located at 630 West 84th Avenue in Thornton, Colorado. While driving to the new location, the undercover officer complained to Ramos-Medina about the change of plans. Ramos-Medina advised that, during the next drug transaction, if the runner was too busy to meet the undercover officer where he wanted, Ramos-Medina would deliver the drugs herself.

22.    At approximately 7:20 p.m., the undercover officer arrived at the meeting location and approximately two minutes later observed a GMC Terrain. The officer recognized the driver of the GMC Terrain as being the same runner he met on November 8, 2023.

23.     The undercover officer exited his vehicle and sat in the front passenger seat of the GMC Terrain. He gave $1,300 to the runner. The runner counted the money. Once satisfied with the amount, the runner opened the center console of the GMC Terrain and produced a large bag containing numerous small bags which contained blue tablets with "M" and "30" imprints, consistent with the appearance of fentanyl. The GMC Terrain is registered to Ramos-Medina.

December 2023 Transactions

24.     In December 2023, law enforcement officers conducted three additional undercover transactions, each for 1,000 tablets of fentanyl. These transactions took place in Thornton, Colorado and Denver, Colorado. During each transaction, an undercover officer contacted Ramos-Medina who then sent a runner to deliver the fentanyl tablets in exchange for cash.

January 8, 2024 Transaction

25.     On January 8, 2024, an undercover officer contacted Ramos-Medina and asked to purchase 1,000 fentanyl tablets. The transaction was completed that day in Denver, Colorado. The officer received 1,000 fentanyl tablets in exchange for $1,400.

**Surveillance Relating to the Defendant Vehicle**

3773 East 139th Avenue, Thornton, Colorado

26.     Investigators identified 3773 East 139th Avenue, Thornton, Colorado, as the primary residence of Michelle Ramos-Medina and Efrain Sanchez-Zaratez.

27.     An undercover law enforcement officer communicated with Michelle Ramos-Medina while she was located at the 139th Avenue residence to arrange one of the above-described drug transactions.

28.    Investigators also observed couriers arrive at the 139th Avenue residence with particular frequency in the evenings after all daily drug orders were fulfilled.

29.    On February 29, 2024, investigators observed Efrain Sanchez-Zaratez exit the 139th Avenue residence and enter the Defendant Vehicle. Efrain Sanchez-Zaratez traveled to the area of Fort Lupton, Colorado, during which he communicated with a customer for a drug transaction and confirmed that he had arrived for the transaction.

<u>16363 East 49th Avenue, Building K, Unit 205, Denver, Colorado</u>

30.    Investigators identified 16363 East 49th Avenue, building K, unit 205, Denver, Colorado, as another location the DTO utilized. The 2012 GMC Terrain was frequently located overnight in the area of the 49th Avenue residence. The DTO's primary runner who drove the 2012 GMC Terrain and sold fentanyl to an undercover officer on three occasions is believed to have lived at the 49th Avenue residence.

31.    Investigators also found that nearly each day Efrain Sanchez-Zaratez left the 139th Avenue residence, got into the Defendant Vehicle, and drove the Defendant Vehicle to the 49th Avenue residence.

32.    Telephone surveillance indicated that Efrain Sanchez-Zaratez would travel to the 49th Avenue residence to meet with the runner living there in furtherance of the DTO's drug trafficking activities.

33.    On several occasions, Efrain Sanchez-Zaratez received drug orders of fentanyl and/or methamphetamine and would travel to the area of the 49th Avenue residence in the Defendant Vehicle for a short period of time before leaving in the Defendant Vehicle to meet the customer.

<u>Surveillance of Sanchez-Zaratez on February 20, 2024</u>

34.    On February 20, 2024, investigators observed the 2012 GMC Terrain parked near the 49th Avenue residence. A law enforcement officer observed the runner who lived there exit the 49th Avenue residence and get in an Accord. The runner then fulfilled drug orders as directed.

35.    Also on February 20, 2024 at approximately 9:40 a.m., a law enforcement officer observed the Defendant Vehicle arrive and park near the 49th Avenue residence. The law enforcement officer observed Efrain Sanchez-Zaratez exit the Defendant Vehicle and walk into 16363 East 49th Avenue, building K. The law enforcement officer observed Efrain Sanchez-Zaratez enter apartment 205.

36.    At approximately 10:20 a.m. on February 20, 2024, a law enforcement office observed Efrain Sanchez-Zaratez exit building K of 16363 East 49th Avenue and enter the Defendant Vehicle. As Sanchez-Zaratez was exiting the apartment complex, Michelle Ramos-Medina arrived in the 2015 GMC Yukon. Efrain Sanchez-Zaratez and Ramos-Medina stopped and spoke with one another for several minutes before Sanchez-Zaratez left in the Defendant Vehicle.

37.    Investigators followed the Defendant Vehicle to the area of the 5200 block of Idalia Street in Denver, Colorado, and observed what appeared to be a drug transaction. A female entered and then exited the Defendant Vehicle and drove away. The female left in a Toyota Corolla, which was followed by law enforcement officers.

38.    A traffic stop was conducted on the Toyota Corolla after the transaction with Efrain Sanchez-Zaratez in the Defendant Vehicle. During the traffic stop, law enforcement officers found approximately 1,000 fentanyl tablets, one half pound of methamphetamine, and a handgun in the Toyota Corolla.

**March 12, 2024 Search Warrant executed at 3773 West 139th Avenue**

39.     On March 12, 2024, a search warrant was executed at 3773 East 139th Avenue, Michelle Ramos-Medina's residence. The search included a search of the Defendant Vehicle. In the Defendant Vehicle, law enforcement officers found the Colorado vehicle registration renewal and proof of insurance.

40.     According to the registration renewal card, the Defendant Vehicle is registered to Frank Hernandez Chavez and Michelle Alejandro Ramos Medina at 1800 South Mobile Street, Aurora, Colorado. Michelle Alejandro Ramos Medina is the same person as Michelle Ramos-Medina. According to the proof of insurance, Michelle Ramos-Medina has insurance on the vehicle in her name. No other proof of insurance was found in the Defendant Vehicle.

**March 12, 2024 Arrest of Michelle Ramos-Medina**

41.     On March 12, 2024, Michelle Ramos-Medina was arrested at 3773 East 139th Avenue, Thornton, Colorado.

42.     On March 12, 2024, officers interviewed Michelle Ramos-Medina after advising her of her *Miranda* rights.

43.     Michelle Ramos-Medina stated she was not involved in the DTO and claimed that all she did is "answer the phone" and direct Miguel (the runner who lived at 16363 East 49th Avenue, building K, unit 205, Denver, Colorado) where to go based on what her husband, Efrain Sanchez-Zaratez, told her.

**Criminal Case**

44.     On July 3, 2024, Michelle Ramos-Medina was charged in *Colorado v. Michelle A. Ramos-Medina*, Denver County Court case number 2024CR1597. On July

3, 2024, an Information was filed. In the Information, Ms. Ramos-Medina was charged with committing a variety of crimes including drug distribution, racketeering, and money laundering.

**The Defendant Vehicle**

45.     A review of the records for the Defendant Vehicle shows that the Defendant Vehicle is registered to Frank Hernandez Chavez and Michelle Alejandro Ramos Medina at 1800 South Mobile Street, Aurora, Colorado.

46.     The vehicle is unencumbered and insured solely in the name of Michelle Ramos-Medina.

47.     After the vehicle was searched, it was seized by the Drug Enforcement Administration and an administrative forfeiture process was initiated. As part of that process, notice was sent to Frank Chavez.

48.     On May 26, 2024, Frank Chavez filed a claim asserting an interest in the Defendant Vehicle. In that claim, Mr. Chavez asserts that he is "the owner of the truck" and that he loaned the Defendant Vehicle to his stepdaughter. He also includes an address for himself in Brighton that is not the address at which the Defendant Vehicle is registered.

49.     Frank Chavez was not observed driving the Defendant Vehicle during the above-described investigation.

**Conclusion**

50.     Based on the facts and circumstances described above, evidence shows that the Defendant Vehicle was involved in the illegal distribution of fentanyl and methamphetamine.

<u>VERIFICATION OF SPECIAL AGENT STEPHEN FLINT</u>

<u>DRUG ENFORCEMENT ADMINISTRATION</u>

I, Special Agent Stephen Flint, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Stephen Flint
Special Agent
Drug Enforcement Administration

12

<u>FIRST CLAIM FOR RELIEF</u>

51.    The Plaintiff repeats and incorporates by reference the paragraphs above.

52.    By the foregoing and other acts, defendant 2015 Chevrolet Silverado, VIN 3GCUKSEC7FG273693 constitutes a vehicle used, or intended to be used, to transport, or in any manner, to facilitate the transportation, sale, receipt, possession, and concealment of a controlled substance in violation of 21 U.S.C. § 801, et seq. Therefore, defendant 2015 Chevrolet Silverado, VIN 3GCUKSEC7FG273693 is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant 2015 Chevrolet Silverado, VIN 3GCUKSEC7FG273693 in favor of the United States, that the United States be authorized to dispose of the Defendant Vehicle in accordance with law, and that the Court enter a finding of probably cause for the seizure of the Defendant Vehicle and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: August 20, 2024

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By:  /s/ *Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for United States*